UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 21-60245-CR-DIMITROULEAS

    Plaintiff,

vs.

JASON KASHOU,

    Defendant.
_____/

**O R D E R**

THIS CAUS is before the Court on Defendant's Unopposed Motion to Return Passport [DE-30], and the Court having considered the motion and being fully advised in the premises, it is hereby

ORDERED AND ADJDUGED that the Motion is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of February, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

USPO